IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. No. S-08-212-LKK |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | TIME EXCLUSION ORDER |
| JUAN VEGA, ) | |
| ) | |
| Defendants. ) | |

Upon the request of the government and the defendant, the Court continues the next status conference date from November 14, 2008 to December 16, 2008 at 9:15 a.m. Defense counsel Emmett Mahle has recently begun representation of defendant Vega. The continuance is necessary for counsel adequately to review the plea offers and conduct further investigation  Thus, the requested continuance is for effective and diligent preparation in this case.

///
///
///
///
///

1   The Court finds that the interests of justice served by
2   granting this continuance outweigh the best interests of the
3   public and the defendant in a speedy trial. 18 U.S.C. § 3161
4   (h)(8)(B)(iv) (local code T-4) and time, therefore, will be
5   excluded from November 4, 2008 through December 16, 2008.

DATE: November 24, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT