1

2

3

4

5

6

7                IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

UNITED STATES OF AMERICA,       )

10                              )    CR. No. S-08-212-LKK
                 Plaintiff,     )

11                              )
          v.                    )

12                              )    TIME EXCLUSION ORDER
JUAN VEGA,                      )

13                              )
                 Defendants.    )

14  _____)

15

16       Upon the request of the government and the defendant, the

17  Court continues the next status conference date from November 14,

18  2008 to December 16, 2008 at 9:15 a.m.  Defense counsel Emmett

19  Mahle has recently begun representation of defendant Vega.  The

20  continuance is necessary for counsel adequately to review the

21  plea offers and conduct further investigation   Thus, the

22  requested continuance is for effective and diligent preparation

23  in this case.

24  ///

25  ///

26  ///

27  ///

28  ///

1       The Court finds that the interests of justice served by

2   granting this continuance outweigh the best interests of the

3   public and the defendant in a speedy trial.  18 U.S.C. § 3161

4   (h)(8)(B)(iv) (local code T-4) and time, therefore, will be

5   excluded from November 4, 2008 through December 16, 2008.

6

   DATE: November 24, 2008

7

8                                 LAWRENCE K. KARLTON

9                                 SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28